En el Tribunal Supremo de Puerto Rico

| IN RE:<br><br>HECTOR J. MIRANDA CASASNOVAS (6,160)<br>MYRNA TORRES SANTIAGO  (9,488)<br>ENRIQUE A. VAZQUEZ RIVERA (1,481)<br><br><br>     V. | 99TSPR37 |
| --- | --- |

Número del Caso: 6,160; 9,488; 1,481

Abogados de la Parte Peticionaria: Lic. Mady Pacheco de la Noceda
Directora Ejecutiva
Colegio de Abogados

Abogados de la Parte Recurrida:

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 3/12/1999

Materia:

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor J. Miranda Casasnovas (6,160)      Querella sobre
Myrna Torres Santiago (9,488)             suspensión del
Enrique A. Vázquez Rivera (1,481)         Ejercicio de la
                                          Abogacía y de
                                          la Notaría

PER CURIAM

San Juan, Puerto Rico a 12    de marzo de 1999.

Mediante Resolución concedimos un término de veinte (20) días a los abogados-notarios querellados de epígrafe para que mostraran causa por la cual no debían ser suspendidos del ejercicio de la abogacía por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico. En dichas Resoluciones los abogados fueron apercibidos de que su incumplimiento con la orden de este Tribunal conllevaría su suspensión automática del ejercicio de la abogacía.

Estas Resoluciones fueron notificadas por correo certificado a la dirección de record de los abogados querellados. Algunas fueron devueltas por

correo certificado a la dirección de record de los abogados querellados. Algunas fueron devueltas por haber cambiado dichos abogados de dirección, y no haber notificado dicho cambio a la Secretaría de este Tribunal. La Regla 8(j) del Reglamento del Tribunal Supremo impone a todo abogado el deber ineludible de notificar cualquier cambio de su dirección al Secretario del Tribunal Supremo. El incumplimiento de tal deber es suficiente para decretar la separación indefinida de la abogacía. In re: Cruz González, 123 D.P.R. 108 (1989).

Transcurrido el término concedido a los querellados sin haber recibido su contestación, procedemos a resolver según intimado. Tomando en consideración su renuencia injustificada a satisfacer el pago de la cuota de colegiación, In re: Morales Sánchez, Opinión y Sentencia de 31 de agosto de 1995, 141 D.P.R.___(1995); In re: Serrallés III, 119 D.P.R. 494, (1987); Colegio de Abogados v. Schneider, 117 D.P.R. 504 (1986); In re: Vega González, 116 D.P.R. 379, (1985); y su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, In re: Pérez Benabe, Opinión y Sentencia de 19 de mayo de 1993, 133 D.P.R.___ (1993); In re: Ribas Dominicci, 131 D.P.R. 491 (1992); In re: Nicot Santana, 129 D.P.R. 717 (1992); In re: Colón Torres, 129 D.P.R.490 (1991), se decreta la suspensión indefinida del ejercicio de la abogacía y notaría en esta jurisdicción de los abogados de epígrafe.

Se dictará la sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor J. Miranda Casasnovas (6,160)
Myrna Torres Santiago (9,488)
Enrique A. Vázquez Rivera (1,481)

Querella sobre
suspensión del
Ejercicio de la
Abogacía y de
la Notaría

SENTENCIA

San Juan, Puerto Rico a 12    de marzo de 1999.

Por las razones que se expresan en la Opinión del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión indefinida del ejercicio de la abogacía y de la notaría en Puerto Rico de los abogados del epígrafe.

Se ordena al Alguacil que se incaute de la obra y sello notarial de los abogados de epígrafe para ser remitida, examinada y oportunamente objeto de un Informe por parte de la Oficina de Inspección de Notarías.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal.  El Juez Asociado señor Rebollo López no intervino.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo